**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
Michael G. Brautigman, an individual

                        Plaintiff,         13 **CIVIL** 0760 (PAC)

      -against-                   **JUDGMENT**

Lloyd C. Blankfein, Gary D. Cohn,
Claes Dahlback, Stephen Friedman, William W. George,
James A. Johnson, David Viniar

                        Defendants,

The Goldman Sachs Group, Inc.,

                 Nominal Defendant.
-------------------------------------------------------------X

Defendants' having moved to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) on May 20, 2013, (Doc.#15), and the matter having come before the Honorable Paul A. Crotty, United States District Judge, and the Court, on March 26, 2014, having rendered its Opinion & Order (Doc.#24) granting Defendants' Motion to Dismiss, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 26, 2014, Defendants' motion to dismiss is granted for Plaintiff's unexcused failure to make the demand; accordingly, the case is closed.

**Dated:** New York, New York
         March 31, 2014

                                                  **RUBY J. KRAJICK**
                                                  **Clerk of Court**
                     **BY:**
                                                *K. Mango*
                                                  **Deputy Clerk**